IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-1849

DISH Network L.L.C.

       Plaintiff,

v.

MH One TV Network, Ltd.

       Defendant.

---

## ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

THE COURT, having reviewed Plaintiff's Motion for Default Judgment, ("Motion") [ECF No. 39], and following the status conference held on December 20, 2017, and the Court being fully advised of the premises, and finding that good cause exists:

DOES HEREBY GRANT Plaintiff's Motion. The Court DECLARES that DISH Network L.L.C. ("DISH") timely renewed the parties' International Affiliation Agreement (the "Agreement"), and the terms of the Agreement shall remain in effect through July 26, 2019, with the right to extend for the wind down period set forth in Section 11(c). Furthermore, the Court DECLARES that pursuant to Sections 3(a) and 3(j) of the Agreement, DISH has the exclusive rights to broadcast the MH1 Channel in the United States, its territories, commonwealths, and possessions, through that period.

The Court further GRANTS and ENTERS a permanent injunction compelling Defendant to continue transmitting the MH1 Channel signal to Plaintiff, through July 26, 2019 (subject to the additional wind down period, if applicable), on the same terms as provided for in the Agreement, unless both DISH and MH One TV Network, Ltd. ("MH One"), through voluntarily mutual agreement, amend those terms.

The Court further GRANTS and ORDERS that DISH shall have judgment entered against MH One in the sum of $71,519.27 (consisting of $70,968.50 in reasonable attorneys' fees and $550.77 in costs) accrued in this case. Judgment is hereby entered in favor of DISH.

IT IS FURTHER ORDERED that interest shall accrue at a rate of 1.71%, pursuant to 28 U.S.C. § 1961, on the judgment as of the date of this Order.

Dated this 22nd day of December, 2017.

_____
R. Brooke Jackson
United States District Judge